**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM PERZOW,<br><br>        Plaintiff(s),<br><br>v.<br><br>MOSHE HOGEG, et al.,<br><br>        Defendant(s). | Case No. 2:19-cv-02318-R-FFM<br><br>**ORDER OF DISMISSAL BY LACK OF PROSECUTION AS TO DEFENDANTS KENGES RAKISHEV AND JOSEPH CHEN** |

Plaintiff was ordered to show cause in writing by not later than **June 26, 2019** why this action should not be dismissed for lack of prosecution as to the remaining defendants Kenges Rakishev and Joseph Chen;

WHEREAS, this period has elapsed without any action by plaintiff.

The Court hereby DISMISSES this instant action for lack of prosecution as to defendants Kenges Rakishev and Joseph Chen.

Dated: July 18, 2019

_____
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE